UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MARVIN DON CLINE | CIVIL ACTION NO. 07-2173<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| JOSEPH P. YOUNG, ET AL | MAGISTRATE JUDGE KAY |

## J U D G M E N T

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition for writ of *habeas corpus* [Doc. 1] be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27th day of May, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE